# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__PEERLESS INDEMNITY INSURANCE COMPANY__
     Plaintiff

    V.

CIVIL ACTION

NO. 16cv10032-RGS

__RICCHIO ET AL__
     Defendant

## ORDER OF ADMINISTRATIVE CLOSING

__STEARNS, D.J.,__

In accordance with the Court's Electronic Order entered on __3/29/16__,
It is hereby ORDERED that the above-entitled action be and hereby is administratively closed.

__3/29/16__
Date

By the Court

/s/ Elaine Flaherty
Deputy Clerk