# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

PEERLESS INDEMNITY INSURANCE CO
    Plaintiff

V.

RICCHIO ET AL
    Defendant

CIVIL ACTION

NO. 16cv10032-RGS

## ORDER OF DISMISSAL

STEARNS, D.J.,

Since the primary liability case of Ricchio v. McClean (15cv13519-RGS) has been dismissed in its entirety, there can be no claims for secondary liability. This case is hereby dismissed.

5/18/16
Date

By the Court,
/s/ Elaine Flaherty
Deputy Clerk