UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Peerless Indemnity Insurance Company<br><br>    Plaintiff,<br><br>    v.<br><br>Lisa Ricchio, Bijal, Inc. d/b/a/ Shangri-La Motel, Ashvinkumar Patel, Sima Patel, and Clark McLean,<br><br>    Defendants. | Civil Action No.:  1:16-cv-10032 |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Felicia H. Ellsworth as counsel for Defendant Lisa Ricchio in the above action.

                                                RESPECTFULLY SUBMITTED,

                                                /s/ Felicia H. Ellsworth
                                                Cynthia D. Vreeland, BBO #635143
                                                cynthia.vreeland@wilmerhale.com
                                                Felicia H. Ellsworth, BBO #665232
                                                felicia.ellsworth@wilmerhale.com
                                                Jason H. Liss, BBO #672902
                                                jason.liss@wilmerhale.com
                                                Lucy Heenan Ewins, BBO #682794
                                                lucy.ewins@wilmerhale.com
                                                WILMER CUTLER PICKERING
                                                HALE and DORR LLP
                                                60 State Street
                                                Boston, MA 02109
                                                (617) 526-6000

                                                Counsel for Defendant Lisa Ricchio

Date: May 8, 2017

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing on May 8, 2017.  In addition, I hereby certify that a true and correct copy of the above document will be mailed by First Class Mail on May 8, 2017 to:

Clark McLean
39 O'Donnell Drive
Attleboro, MA 02703

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth